AO 91 (Rev. 11/11) Criminal Complaint

United States Courts
Southern District of Texas
FILED

January 28, 2022

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ROLAND CABALLERO | ) Case No. | **4:22-mj-186** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 27, 2022** in the county of **Harris** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(o) | Possession of a Machine gun |
| 18 USC 922(g) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

See attached Affidavit of probable cause

☑ Continued on the attached sheet.

*Complainant's signature*

Thomas Campbell, Specail Agent ATF
*Printed name and title*

Sworn to before me telephonically.

Date: 01/28/2022

Frances H. Stacy
United States Magistrate Judge
*Printed name and title*

City and state: Houston, Texas

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Thomas R. Campbell, being duly sworn, do hereby depose and state:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and have been since November 8, 2016. I am a Special Agent (SA) of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice. I graduated from the Federal Law Enforcement Training Center and the ATF National Academy in Glynco, Georgia. I am presently a member of ATF Houston Crime Gun Strike Force. As a Special Agent of the ATF, my duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal laws, particularly those laws found in Title 18 of the United States Code.

2. I have received additional law enforcement training at The Houston Police Department. I was employed by the Houston Police for three years. While at the Houston Police Department, I was assigned to Patrol Division. I am a graduate of The University of Houston Downtown with a Bachelor degree in Criminal Justice. I have received additional law enforcement from the United States Coast Guard. I served 6 years in the Coast Guard, where I was assigned to a Counter Narcotics-Terrorism unit. During my service in the Coast Guard, I graduated from the Maritime Law Enforcement Academy at Federal Law Enforcement Training Center, Charleston, South Carolina. My current assignment with the Houston Crime Gun Strike Force, involves the investigation of Robberies that affect interstate commerce (Hobbs Act), and violent criminals.

3. The facts contained in this affidavit are based upon information provided to me by other law enforcement officers and witnesses. Since this affidavit is made for the limited purpose

of supporting a Criminal Complaint, I have not set forth each and every fact learned during the course of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the crimes charged. Unless otherwise indicated, where actions, conversations, and statements of others are related herein, they are related in substance and in part only.

4. Affiant received information from HPD Investigator Cliff Walker regarding the shooting of three law enforcement officers on January 27, 2022 in Houston, Southern District of Texas. The shooter was later identified as Roland Caballero (8-2-1990), a convicted felon, who was in possession of weapons in violation of 18 USC 922(g) and the gunfire appeared to be automatic weapon fire in violation of 18 USC 922(o).

## PROBABLE CAUSE

5. January 27, 2022, Jewelianna Star Potts, stated that she was in an altercation with Rodand Cabellero and she left his residence at 1803 Lockwood Houston, Texas. Hours later, on January 27, 2022, Cabellero followed Ms. Potts to 1513 Tralle, Houston Texas. Witness, Justin Shields was outside the location and Cabellero confronted him and pointed a pistol and him. Shields described the firearm as a Glock handgun with a red switch on the back and a drum magazine. (Affiant is aware that this design could be capable of firing multiple rounds with a single pull of the trigger.) Cabellero then left the location.

Affiant was informed by HPD Investigator Cliff Walker, that Cabellero returned to the residence at Tralle and a 911 call was placed to the residence. HPD Officers responded and upon arrival a vehicle fled the location. Officers pursued the vehicle and it crashed in the area of 2000 McGowen. Videos recovered by investigators showed that Cabellero exited the vehicle and began firing. Three HPD Officers were injured by the gunfire from Cabellero. The video

recovered showed that Cabellero fired a weapon that appeared to be operating in a fully automatic capacity. Calellero fled the scene and took a vehicle from a civilian. The stolen vehicle was described as a white Mercedes and a license plate of DG2-Y542 was obtained.

In a parallel investigation, HPD identified Roland Cabellero with an open arrest warrant and as a convicted felon. HPD Officers proceeded to a known address of Caballer which was 1803 Lockwood, Houston.

On January 27, 2022, Officers arrived at 1803 Lockwood and observed a white Mercedes with a license plate of DG2-Y542 parked next to his house. As officers approached the residence, shots were fired. After a 5-6 hour standoff, Cabellero surrendered to HPD Officers. A safety sweep was conducted on the residence and officers observed additional weapons and a 3-D printer.

A search warrant was obtained for 1803 Lockwood and Affiant observed multiple weapons in Caballer's residence. The weapons included over five handguns, shotguns, assault weapons and various component parts for weapons. Affiant believes that Caballero, who is a convicted felon in possession of firearms and automatic weapons is in violation 18 USC 922(o) and 922(g) and requests an arrest warrant.

THOMAS CAMPBELL
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me by telephone on this the 28th day of January 2022 and I find probable cause.

Frances H. Stacy
United States Magistrate Judge